THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN RAILWAY COMPANY, Appellant, *v.* JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Manhattan Ry. Co.* v. *Wells*, 122 App. Div. 921, affirmed.
(Argued May 18, 1908; decided June 2, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1907, which affirmed an order of Special Term reducing assessments for purposes of taxation against real property of the relator.

*Herbert Barry, Julien T. Davies* and *Charles H. Tuttle* for appellant.

*Francis K. Pendleton, Corporation Counsel (David Rumsey* and *Curtis A. Peters* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.